FILED
2021 APR 5 PM 2:32
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Jill Harrison,<br><br>            Plaintiff,<br>v.<br><br>Andrew Saul,<br><br>            Defendant. | MEMORANDUM DECISION AND ORDER GRANTING MOTION TO AMEND AND EFFECTUATE SERVICE<br><br>Case No. 2:20-cv-668 DBP<br><br>Chief Magistrate Judge Dustin B. Pead |

Before the court is Plaintiff's Motion to Amend Pleadings and response to the court's Order to Show Cause. (ECF No. 17.) Plaintiff's counsel notes that Plaintiff, who was initially acting pro se when filing this matter, failed to properly serve this lawsuit. Plaintiff moves the court to amend her complaint under Federal Rule 15(a)(2) to help clarify the dispute, asserting it will not cause prejudice. Plaintiff further moves the court for leave to effectuate proper service.

The court has reviewed the history of this matter. Plaintiff's motions are brought early in this case and no Answer is on file. Accordingly, for good cause and because there is no prejudice in allowing Plaintiff to amend, Plaintiff's motion is GRANTED. Plaintiff is to effectuate proper service of the Amended Complaint in a timely manner in accordance with the federal rules.

IT IS SO ORDERED.

DATED this 5 April 2021.

_____
Dustin B. Pead
United States Magistrate Judge