IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Jill A. Harrison,<br><br>                  Plaintiff,<br>v.<br><br>Kilolo Kijakazi<br>Acting Commissioner for Social Security,<br><br>                  Defendant. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR SUMMARY JUDGMENT<br><br>Case No. 2:20-cv-00668-DBP<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff, Jill Harrison, who is appealing the denial of her claim for Supplemental Security Income, has moved the court for summary judgment. (ECF No. 38.) Local Rule 7-4, which governs actions seeking judicial review of a decision from an administrative agency, provides:

> In all cases in which a plaintiff files a complaint or petition seeking judicial review of an administrative agency's decision under an "arbitrary and capricious" or "substantial evidence" standard of review, the following pleadings are not appropriate and must not be filed with the court:
>
> (A) an answer to the complaint;
>
> (B) a motion for judgment on the pleadings;
>
> (C) a motion for summary judgment; or
>
> (D) a motion to affirm or reverse the agency's decision.

DUCivR 7-4 (2020).

Plaintiff's motion is improper under the Local Rules and is therefore DENIED.

IT IS SO ORDERED.[1]

---

[1] Plaintiff's counsel is directed to follow the Local Rules in filing the briefing for this matter.

DATED this 2 August 2021.

_____
Dustin B. Pead
United States Magistrate Judge